FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DEC 1 4 2017

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WARREN JOHNSON, | ) |
| | ) |
| Defendant. | ) |

4:17CR00589 HEA/JMB

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about October 18, 2017, in the City of St. Louis within the Eastern District of
Missouri,

**WARREN JOHNSON,**

the Defendant herein, acting with persons known and unknown to the Grand Jury, did obstruct,

delay, or affect commerce or the movement of any article or commodity in commerce or attempt

to do so by robbery of Subway restaurant, a commercial establishment engaged in interstate or

foreign commerce and in the business of buying and selling articles and commodities that have

been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2, and punishable under

Title 18, Untied States Code, Section 1951(a).

## COUNT TWO

The Grand Jury further charges that:

On or about October 18, 2017, in the City of St. Louis within the Eastern District of

Missouri,

**WARREN JOHNSON,**

the Defendant herein, acting with persons known and unknown to the Grand Jury, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, attempt to obstruct, delay, or affect commerce by robbery as charged in Count One herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT THREE

The Grand Jury further charges that:

On or about November 19, 2017, in the County of St. Louis within the Eastern District of Missouri,

**WARREN JOHNSON,**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of Walgreens, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 1951(a), and punishable under Title 18, Untied States Code, Section 1951(a).

## COUNT FOUR

The Grand Jury further charges that:

On or about November 19, 2017, in the County of St. Louis within the Eastern District of Missouri,

**WARREN JOHNSON,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, attempt to obstruct, delay, or affect commerce by robbery as charged in Count Three herein.

In violation of Title 18, United States Code, Section 924(c)(1)(A), and punishable under Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 924(c)(1)(C).

### COUNT FIVE

The Grand Jury further charges that:

On or about November 22, 2017, in the County of St. Louis within the Eastern District of Missouri,

**WARREN JOHNSON,**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of Walgreens, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 1951(a), and punishable under Title 18, Untied States Code, Section 1951(a).

### COUNT SIX

The Grand Jury further charges that:

On or about November 22, 2017, in the County of St. Louis within the Eastern District of Missouri,

**WARREN JOHNSON,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, attempt to obstruct, delay, or affect commerce by robbery as charged in Count Five herein.

In violation of Title 18, United States Code, Section 924(c)(1)(A), and punishable under Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 924(c)(1)(C).

### COUNT SEVEN

The Grand Jury further charges that:

On or about November 25, 2017, in the County of St. Louis within the Eastern District of Missouri,

**WARREN JOHNSON,**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of Dollar General, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 1951(a), and punishable under Title 18, Untied States Code, Section 1951(a).

### COUNT EIGHT

The Grand Jury further charges that:

On or about November 25, 2017, in the County of St. Louis within the Eastern District of Missouri,

**WARREN JOHNSON,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, attempt to obstruct, delay, or affect commerce by robbery as charged in Count Seven herein.

In violation of Title 18, United States Code, Section 924(c)(1)(A), and punishable under Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 924(c)(1)(C).

## COUNT NINE

The Grand Jury further charges that:

Beginning on or about October 18, 2017, and continuing up to and including November 25, 2017, within the Eastern District of Missouri,

**WARREN JOHNSON,**

the Defendant herein, having been previously convicted of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).


A TRUE BILL


_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
JOHN T. BIRD, #37802MO
Assistant United States Attorney